Robert J. Drakulich, Esq. (SBN: 11954)
Nicholas J. Drakulich, Esq. (SBN: 1407)
**THE DRAKULICH FIRM, APLC**
6490 McCarran Blvd., Bld. C, Ste. 20
Reno, Nevada 89509
(775) 322-0673
rjd@draklaw.com
njd@draklaw.com

Michael K. Johnson, Esq. (*PHV to be filed*)
Kenneth W. Pearson, Esq. (*PHV to be filed*)
Adam J. Kress, Esq. (*PHV to be filed*)
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
akress@johnsonbecker.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHARLES NELSON, an individual,<br><br>Plaintiff<br><br>v.<br><br>INSTANT BRANDS, LLC, an Illinois Limited Liability Company, INSTANT BRANDS, INC., a Delaware Corporation, and CORELLE BRANDS, LLC, an Illinois Limited Liability Company,<br><br>Defendants | Case No.: 2:24-cv-00585-CDS-EJY<br><br>**ORDER GRANTING MOTION FOR THE EXTENSION OF TIME TO FILE VERIFIED PETITION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL FOR COUNSEL MICHAEL K. JOHNSON, KENNETH W. PEARSON, AND ADAM J. KRESS**<br><br>**(First Request)**<br><br>[ECF No. 8] |

Plaintiff hereby requests an additional thirty (30) day extension of time for Plaintiff's counsel Michael K. Johnson, Kenneth W. Pearson, and Adam J. Kress, to file their Verified Petitions to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of

1  Local Counsel.

2  This request complies with L.R. I.A. 6-1. This is Plaintiff's first request for an extension of time for the filing of Verified Petitions to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel. Plaintiffs filed their complaint on March 26, 2024 (ECF No. 1). On the complaint attorneys Michael K. Johnson, Kenneth W. Pearson, and Adam J. Kress are listed as "PHV to be Filed." The initial deadline for attorneys Michael K. Johnson, Kenneth W. Pearson, and Adam J. Kress to submit their completed Verified Petitions to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel was April 10, 2024 (ECF No. 4).

Plaintiffs' counsel, Michael K. Johnson, Kenneth W. Pearson, and Adam J. Kress are requesting this extension of time due to a delay in receiving their Certificate of Good Standing from the Minnesota State Bar, which was requested shortly after Plaintiffs' complaint was filed. Therefore, good cause exists for the requested extension. The requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

Dated: April 10, 2024

Respectfully Submitted,

**THE DRAKULICH FIRM, APLC**

*/s/ Robert J. Drakulich, Esq.*
Robert J. Drakulich, Esq.(SBN: 11954)
Nicholas J. Drakulich, Esq. (SBN: 1407)
6490 McCarran Blvd., Bld. C, Ste. 20
Reno, Nevada 89509
(775) 322-0673
rjd@draklaw.com
njd@draklaw.com

*In association with:*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  __April 15, 2024__

2

**JOHNSON BECKER, PLLC**

Michael K. Johnson, Esq. (PHV to be filed)
Kenneth W. Pearson, Esq. (PHV to be filed)
Adam J. Kress, Esq. (PHV to be filed)
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
akress@johnsonbecker.com

*Counsel for Plaintiff*
