UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

David Charles Nelson,

        Plaintiff

v.

Instant Brands, LLC, et al.,

        Defendants

Case No. 2:24-cv-00585-CDS-EJY

**Order Staying Matter Pending Bankruptcy**

      Plaintiff David Charles Nelson notified the court of an immediate stay of this action pursuant to court order from the United States Bankruptcy Court for the Southern District of Texas. Notice, ECF No. 2. The applicable language regarding the stay within the Bankruptcy Order states: "…all alleged Product Liability Claims (including claims seeking Third Party Indemnification) are hereby stayed and enjoined pending a Final Order…" Defendants Instant Brands, LLC, Instant Brands, Inc. and Corelle Brands, LLC, subsequently notified the court that they filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. Suggestion of Bankruptcy, ECF No. 16. Defendants do not oppose the stay. Non-Opp'n, ECF No. 20.

      Accordingly, this action is STAYED pending the Bankruptcy Court's final order. The parties are directed to file a notice to lift the stay within 10 days of the final order being issued, or a joint status report addressing the status of the bankruptcy proceeding, by August 1, 2024, whichever is sooner.

      Dated: May 9, 2024

_____
Cristina D. Silva
United States District Judge