UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Charles Nelson,<br><br>                Plaintiff<br><br>v.<br><br>Instant Brands, LLC, et al.,<br><br>                Defendants | Case No. 2:24-cv-00585-CDS-EJY<br><br>**Order Continuing Stay** |

      Plaintiff David Nelson filed a status report indicating that the bankruptcy appeal remains pending and thus the stay should remain in place. ECF No. 36. Again, because this action cannot continue until the bankruptcy is finalized, this matter will remain stayed. A fourth report addressing the status of the bankruptcy appeal is due on August 14, 2025, or a notice to lift the stay must be filed within ten days of the final order being issued by the Southern District of Texas, whichever is sooner.

      Dated: February 19, 2025

                                                  _____
                                                  Cristina D. Silva
                                                  United States District Judge