# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David Charles Nelson, | Case No. 2:24-cv-00585-CDS-EJY |
| Plaintiff | **Order Extending the Stay** |
| v. | |
| Instant Brands, LLC, et al., | |
| Defendants | |

I ordered plaintiff David Nelson to provide a status report addressing the status of the Southern District of Texas bankruptcy appeal. Order, ECF No. 37. Nelson timely complied. ECF No. 38. Therein, Nelson indicates that the supplier, Midea, filed an appeal to the United States Court of Appeals for the Fifth Circuit. This matter will therefore remain stayed during the pendency of that appeal. A fifth status report is due on August 14, 2026, or a notice to lift the stay must be filed within ten days of the Fifth Circuit's mandate, whichever is sooner.

Dated: August 12, 2025

_____
Cristina D. Silva
United States District Judge